Timothy J. Yoo (SBN 155531)
Carmela T. Pagay (SBN 195603)
Richard P. Steelman, Jr. (SBN 266449)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd. Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyb.com; ctp@lnbyb.com; rps@lnbyb.com

Attorneys for Jason Rund,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7 |
| JASON RUND, Chapter 7 Trustee for the bankruptcy estate of Thomas Vincent Girardi,<br><br>    Plaintiff,<br><br>v.<br><br>G & L AVIATION, a California general partnership,<br><br>    Defendant. | Adv. No. 2:21-ap-01028-BR<br><br>**DECLARATION OF CARMELA T. PAGAY IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) AGAINST G & L AVIATION, A CALIFORNIA GENERAL PARTNERSHIP** |

I, Carmela T. Pagay, declare as follows:

1.    I am an attorney licensed to practice before all the courts of the State of California and before the United States District Court for the Central District of California. I am a partner in law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., and am one of the attorneys

1

responsible for the representation of Jason Rund, the chapter 7 trustee and plaintiff herein ("Plaintiff").

2. I make this Declaration in support of Plaintiff's Request for Clerk to Enter Default Under LBR 7055-1(a) against defendant G & L Aviation, a California general partnership ("Defendant"). Unless otherwise stated, the following facts are within my personal knowledge. If called to testify as a witness with respect to the statements set forth herein, I could and would competently testify thereto.

3. On February 26, 2021, my firm filed, on behalf of Plaintiff and against Defendant, a "Verified First Amended Complaint to Quiet Title, for Turnover of Real Property, and Declaratory Relief" (the "Complaint") in the above-referenced adversary proceeding.

4. Based on my review of the Court's docket, it appears that a Summons and Notice of Status Conference in Adversary Proceeding (the "Summons") was issued on March 2, 2021. On March 4, 2021, Defendant was served with the Summons and Complaint by mail sent to its general partners.

5. Pursuant to the Summons, the last day for Defendant to respond to the Complaint was April 1, 2021.

6. As of today, Defendant has not filed an answer or any other response to the Complaint.

7. Plaintiff respectfully requests that the Court enter default against Defendant.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that this Declaration was executed on April 5, 2021 at Los Angeles, California.

                                              */s/ Carmela T. Pagay*
                                              CARMELA T. PAGAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CARMELA T. PAGAY IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) AGAINST G & L AVIATION, A CALIFORNIA GENERAL PARTNERSHIP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *April 5, 2021*, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Carmela Pagay    ctp@lnbyb.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Richard P Steelman    rps@lnbyb.com, john@lnbyb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy J Yoo    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) *April 5, 2021*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*IN ACCORDANCE WITH AMENDED GENERAL ORDER 20-12, THERE WILL BE NO MAILSERVICE TO THE COURT*

Walter John Lack, General Partner of G&L Aviation
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd. 12th floor
Los Angeles, CA 90067-4107

Thomas Girardi, General Partner of G&L Aviation
100 Los Altos Drive
Pasadena, California 91105

Attorney for Robert Girardi
Leonard Peña, Esq.
Peña & Soma, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101

Robert Girardi, Conservator of Thomas Girardi
3662 Aquarius Drive
Huntington Beach, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2021 | Megan Wertz | | /s/ Megan Wertz |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**