# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Thomas Vincent Girardi<br><br>Debtor(s). | <u>BANKRUPTCY CASE NO.</u>:  2:20–bk–21020–BR<br><br>CHAPTER NO.:  7 |
|---|---|
| JASON M RUND<br><br>Plaintiff(s)<br>Versus<br>G & L Aviation<br><br>Defendant(s) | ADVERSARY NO.:  2:21–ap–01028–BR |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>4/5/2021</u>, a request was filed for the clerk to enter default against defendant(s) **G & L Aviation, a CA general partnership**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: April 5, 2021

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Stacey Fortier</u>**
  **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                                                                 **15 – 13 / SF**